IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JOHN C. GRIMBERG COMPANY, INC., <br><br>*Plaintiff*, <br><br>v. <br><br>XL SPECIALTY INSURANCE COMPANY *et al.*, <br><br>*Defendants*. | No. 1:23-cv-01690 |

**MOTION TO DISMISS**

Defendants XL Specialty Insurance Company ("XL Specialty") and XL Insurance America, Inc. ("XL America") move under Federal Rule of Civil Procedure 12(b)(6) to dismiss this action with prejudice for failure to state a claim upon which relief can be granted. The reasoning and authorities supporting this motion are set out in the accompanying memorandum.

Respectfully submitted,

*/s/ Thomas S. Garrett*
Thomas S. Garrett (VSB No: 73790)
HARMAN CLAYTOR CORRIGAN &
WELLMAN, P.C.
4951 Lake Brook Drive, Suite 100
Glen Allen, Virginia 23060-9272
Phone: (804) 747-5200
Fax:    (804) 747-6085
tgarrett@hccw.com

Ezra S. Gollogly (*pro hac vice*)
Joseph Dudek (*pro hac vice*)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Phone: (410) 752-6030
Fax:    (410) 539-1269
egollogly@kg-law.com

*Attorneys for XL Specialty and XL America*

## CERTIFICATE OF SERVICE

I certify that this motion was served on all counsel of record by filing it through this Court's CM/ECF system.

*/s/ Thomas S. Garrett*
Thomas S. Garrett (VSB No: 73790)