

**DEPARTMENT OF THE NAVY**
FACILITIES ENGINEERING & ACQUISITION DIVISION
PO BOX 1855, BLDG 2004 BARNETT AVE
MARINE CORPS BASE
QUANTICO, VIRGINIA 22134-0855

**IN REPLY REFER TO**
4200
Ser Q21/239
July 28, 2021

Sent via email to:
svanderwoude@grimberg.com
hdanforth@grimberg.com
whuppenthal@grimberg.com
jtreseler@grimberg.com
sgrimberg@grimberg.com
liz.teicher@libertymutal.com
christina.craddock@libertymutual.com

John C. Grimberg Co., Inc.
3200 Tower Oaks Blvd, Ste 300
Rockville, MD 20852-4216

SUBJECT:   CONTRACT N40080-18-C-0006, P-021 MIDDLE / HIGH SCHOOL REPLACEMENT, QUANTICO MCB, VA; DIRECTION TO MEET CONTRACT REQUIREMENTS REGARDING INSULATED CONCRETE FORMWORK WALLS

Ladies and Gentlemen,

   The subject contract requires that construction of Insulated Concrete Formwork (ICF) meet standards as set forth in the contract drawings and specifications. The ICF walls as currently constructed are non-compliant with these standards. In order to meet these standards, the walls will need to be demolished and reconstructed. Provide a schedule for completion and a narrative of how John C. Grimberg Co., Inc. (JCG) will comply with the contract within ten (10) calendar days of receipt of this letter. You are not to proceed with the work without Government approval of JCG's method and schedule. Separately, a demolition plan will require Government review and approval. This letter is in accordance with FAR 52.246-12 Inspection of Construction, paragraph (f): "The Contractor shall, without charge, replace or correct work found by the Government not to conform to contract requirements, unless in the public interest the Government consents to accept the work with an appropriate adjustment in contract price." Other building elements that may require bracing and/or reconfiguring shall be reinstalled in compliance with contract requirements.

   Throughout the Corrective Action Plan (CAP) process, the Government and Designer-of-Record (DOR) reviewed JCG's proposed repairs to various elements that were nonconforming to contract requirements. Several of JCG's submittals were submitted and approved via an engineered solution in which the deficient work was shown to withstand the design loads of the building despite being incorrectly constructed or constructed with poor quality control. The Government and DOR reviewed these items on the basis that JCG's Building Audit Report represented a full and comprehensive review of all structural elements and connections. As the CAP continues, significantly more issues of nonconformance with the contract requirements have been identified beyond what was indicated in the Building Audit Report. Of paramount concern among these issues is deficient reinforcing steel within the ICF walls. Within the July 11th "Plan for Survey of As-Built Concrete Reinforcing Steel Conditions"

                                                         4200  
                                                         Ser Q21/239  
                                                         July 28, 2021

submitted via e-mail by JCG, a significant portion of steel reinforcement in the ICF walls has been identified as nonconforming with contract requirements which presents a major concern for the structural integrity of the building.

                                                      Sincerely,


                                                      FRANK G. DECKER  
                                                      Contracting Officer