| **SOLICITATION, OFFER, AND AWARD**<br>*(Construction, Alteration, or Repair)* | 1. SOLICITATION NO.<br>N4008015R09710010 | 2. TYPE OF SOLICITATION<br>☐ SEALED BID   (IFB)<br>☒ NEGOTIATED   *(RFP)* | 3. DATE ISSUED<br>20-Nov-2017 | PAGE OF PAGES<br>1 OF   49 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO.<br>N4008018C0006 | 5. REQUISITION/PURCHASE REQUEST NO.<br>ACQR3960971 | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY   CODE   N40080<br><br>NAVAL FACILITIES ENG COMMAND WASHINGTON<br>1314 HARWOOD ST<br>WASHINGTON DC 20374<br><br>TEL:   FAX: | 8. ADDRESS OFFER TO   *(If Other Than Item 7)*   CODE<br><br>**See Item 7**<br><br>TEL:   FAX: |
|---|---|

| 9. FOR INFORMATION CALL: | A. NAME<br>PATRICIA MARTIN | B. TELEPHONE NO.   *(Include area code)*   *(NO COLLECT CALLS)* |
|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS   *(Title, identifying no., date):*

P-021, DESIGN-BID-BUILD, MIDDLE SCHOOL/HIGH SCHOOL REPLACEMENT, MARINE CORPS BASE QUANTICO, VIRGINIA

COMPETITION REQUIREMENTS: FULL AND OPEN COMPETITION

PROCUREMENT METHOD: CONTRACTING BY NEGOTIATIONS

SOURCE SELECTION PROCESS: BEST VALUE, LPTA, SINGLE-PHASE DESIGN BID BUILD SELECTION PROCEDURES

TYPE OF CONTRACT: FIRM FIXED PRICE

ESTIMATED COST RANGE BETWEEN $25,000,000 and $100,000,000

NAICS CODE: 236220; SIZE STANDARD: $36.5M; FEDERAL SUPPLY CODE: Y1CA

The number of proposals to be evaluated for technical acceptability shall be limited to the 3 lowest priced offerors. If no proposals are found to be technically acceptable within the first group of proposals, then the process described will be conducted again as many times as necessary, until such time as the Government identifies technically acceptable proposals.

11. The Contractor shall begin performance within __15__ calendar days and complete it within __765__ calendar days after receiving

☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. *(See _____ .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS?<br>*(If "YES," indicate within how many calendar days after award in Item 12B.)*<br>☒ YES   ☐ NO | 12B. CALENDAR DAYS<br><br>10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and __4__ copies to perform the work required are due at the place specified in Item 8 by __02:00 PM__ *(hour)* local time __13 Dec 2016__ *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than __90__ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

## SOLICITATION, OFFER, AND AWARD  (Continued)
*(Construction, Alteration, or Repair)*

**OFFER**   *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR   *(Include ZIP Code)* | 15. TELEPHONE NO.   *(Include area code)* |
|---|---|
| JOHN C. GRIMBERG CO., INC.<br>3200 TOWER OAKS BLVD FL 3<br>ROCKVILLE MD 20852-2601 | 16. REMITTANCE ADDRESS   *(Include only if different than Item 14)*<br><br>**See Item 14** |

| CODE<br>0DAH1 | FACILITY CODE |
|---|---|

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _____ calendar days after the date offers are due.   *(Insert any number equal to or greater than the minimum requirements stated in Item 13D.  Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

| AMOUNTS | SEE SCHEDULE OF PRICES |
|---|---|

18. The offeror agrees to furnish any required performance and payment bonds.

### 19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER   *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|

**AWARD**   *(To be completed by Government)*

21. ITEMS ACCEPTED:

# SEE SCHEDULE

| 22. AMOUNT<br>**$46,695,000.00** | 23. ACCOUNTING AND APPROPRIATION DATA<br>**See Schedule** |
|---|---|

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN   **ITEM**<br>*(4 copies unless otherwise specified)* | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c)     ☐ 41 U.S.C. 253(c) |
|---|---|

| 26. ADMINISTERED BY   CODE   N40080<br>ROICC<br>BLDG. 2004 BARNETT AVE<br>P.O. BOX 1855<br>QUANTICO VA 22134-0855 | 27. PAYMENT WILL BE MADE BY:   CODE   N68732<br>DFAS - NORFOLK<br>1837 MORRIS ST.<br>SUITE 1401<br>NORFOLK VA 23511-3431 |
|---|---|

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

| ☐ 28. NEGOTIATED AGREEMENT   *(Contractor is required to sign this document and return _____ copies to issuing office.)*   Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract.  The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract. | ☒ 29. AWARD   *(Contractor is not required to sign this document.)*   Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.<br><br>REF: |
|---|---|

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN   *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER   *(Type or print)*<br>Paul Heavey / Contracting Officer<br>TEL: 202-685-3222     EMAIL: paul.heavey@navy.mil |
|---|---|
| 30B. SIGNATURE | 30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY *Paul Heavey* | 31C. AWARD DATE<br>20-Nov-2017 |

Section  SF 30 - BLOCK 14 CONTINUATION PAGE

<u>ACCEPTED ITEMS</u>
The contractor shall provide the entire work to accomplish the work in accordance with Solicitation N40080-15-R-0971; P021, DBB, Middle School/High School, Marine Corps Base, Quantico, VA; all attachments, drawings, and specifications, Amendments 0001 through 0010; and Contractor's Final Proposal submitted on October 10, 2017.

The Contracting Officer Representative (COR)  Jean Benabe.

Contract Award Amount: $46,630,000 for items 0001, 0002 and 0003.

General Decision Number: VA170173 08/18/2017 VA173

Liquidated damages: $19,557 Per Calendar Day

The approved Small Business Subcontracting Plan will be incorporated via a contract modification.

Section 00010 - Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0001 | | 1 | Project | $43,200,000.00 | $43,200,000.00 |

EXERCISED OPTION

BASE BID
FFP
The entire work required to replace the Middle/High School at MCB, Quantico complete in accordance with the RFP specifications and drawings, but not including work indicated or specified to be provided under any of the other bid items or options.

FOB: Destination
PURCHASE REQUEST NUMBER: ACQR3960971

| | | | | NET AMT | $43,200,000.00 |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 000101 | | | | | $0.00 |

FUND ACRN AA
FFP
Funding Doc. No. FY14DODEACONSTR Customer ACRN:
MILSTRIP: FY14DODEACONSTR

| | | | | NET AMT | $0.00 |
|---|---|---|---|---|---|

ACRN AA                                                                    $46,630,000.00
CIN: 000000000000000000000000000000000

N4008018C0006

| ITEM NO 0002 EXERCISED OPTION | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Project | UNIT PRICE $980,000.00 | AMOUNT $980,000.00 |
|---|---|---|---|---|---|

OPTION 1A
FFP
The entire work required to demolish the existing Middle/High School as shown on drawing G010 complete in accordance with the RFP specifications and drawings, but not including work indicated or specified to be provided under any of the other bid items or options.
FOB: Destination

|  |  | NET AMT | $980,000.00 |
|---|---|---|---|

| ITEM NO 0003 EXERCISED OPTION | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Project | UNIT PRICE $2,450,000.00 | AMOUNT $2,450,000.00 |
|---|---|---|---|---|---|

OPTION 1B
FFP
The entire work required to construct the new Baseball field, related field lighting and parking lot improvements as shown on drawing G010 complete in accordance with the RFP specifications and drawings, but not including work indicated or specified to be provided under any of the other bid items or options.

FOB: Destination

|  |  | NET AMT | $2,450,000.00 |
|---|---|---|---|

| ITEM NO 0004 OPTION | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Project | UNIT PRICE $295,000.00 | AMOUNT $295,000.00 |
|---|---|---|---|---|---|

OPTION 2
FFP
The entire work required to construct the Outdoor Learning Areas, Amphitheater, South Learning  and North Learning areas as shown on drawing  G010 complete in accordance with the RFP specifications and drawings, but not including work indicated or specified to be provided under any of the other bid items or options.

FOB: Destination

|  |  |
|---|---|
| NET AMT | $295,000.00 |

| ITEM NO 0005 OPTION | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Project | UNIT PRICE $200,000.00 | AMOUNT $200,000.00 |
|---|---|---|---|---|---|

OPTION 3
FFP
The entire work required to construct the Drop Off Canopy as shown on drawing G010 complete in accordance with the RFP specifications and drawings, but not including work indicated or specified to be provided under any of the other bid items or options.
FOB: Destination

|  |  |
|---|---|
| NET AMT | $200,000.00 |

| ITEM NO 0006 OPTION | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Project | UNIT PRICE $130,000.00 | AMOUNT $130,000.00 |
|---|---|---|---|---|---|

OPTION 4
FFP
The entire work required to add porcelain tile in the Canyon as shown on drawing G010 complete in accordance with the RFP specifications and drawings, but not including work indicated or specified to be provided under any of the other bid items or options.
FOB: Destination

|  |  | NET AMT | $130,000.00 |
|---|---|---|---|

| ITEM NO 0007 OPTION | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Project | UNIT PRICE $540,000.00 | AMOUNT $540,000.00 |
|---|---|---|---|---|---|

OPTION 5
FFP
The entire work required to install the field lighting around the Softball and Football fields as shown on drawing G010 complete in accordance with the RFP specifications and drawings, but not including work indicated or specified to be provided under any of the other bid items or options.

FOB: Destination

|  |  | NET AMT | $540,000.00 |
|---|---|---|---|

N4008018C0006

| ITEM NO 0008 | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| OPTION | | 1 | Project | $80,000.00 | $80,000.00 |

OPTION 6
FFP
The entire work required to provide modified bitumen roofing in lieu of EPDM roofing as shown on drawing G010 complete in accordance with the RFP specifications and drawings, but not including work indicated or specified to be provided under any of the other bid items or options.
FOB: Destination

|  | | | | NET AMT | $80,000.00 |
|---|---|---|---|---|---|

| ITEM NO 0009 | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 1 | Project | $65,000.00 | $65,000.00 |

OPTION 7
FFP
The entire work required to provide the perimeter fencing as shown on drawing G010 complete in accordance with the RFP specifications and drawings, but not including work indicated or specified to be provided under any of the other bid items or options.
FOB: Destination

|  | | | | NET AMT | $65,000.00 |
|---|---|---|---|---|---|

N4008018C0006

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0010 | | 1 | Project | $1,930,343.00 | $1,930,343.00 |
| OPTION | | | | | |

OPTION 8
FFP
The establishent of a Handling and Administrative Rate (HAR) for any possible future work associated with FFE&E/Collateral Equipment.
FOB: Destination

NET AMT                                    $1,930,343.00

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|-----------|-----------|-----------|-----------|
| 0001 | N/A | N/A | N/A | Government |
| 000101 | N/A | N/A | N/A | N/A |
| 0002 | N/A | N/A | N/A | Government |
| 0003 | N/A | N/A | N/A | Government |
| 0004 | N/A | N/A | N/A | Government |
| 0005 | N/A | N/A | N/A | Government |
| 0006 | N/A | N/A | N/A | Government |
| 0007 | N/A | N/A | N/A | Government |
| 0008 | N/A | N/A | N/A | Government |
| 0009 | N/A | N/A | N/A | Government |
| 0010 | N/A | N/A | N/A | Government |

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|------|---------------|----------|-----------------|---------------|

| | | | | |
|---|---|---|---|---|
| 0001 | 09-JAN-2020 | 1 | PUBLIC WORKS DEPARTMENT<br>CHARLES E. ROY<br>FEAD<br>P.O. BOX 1855<br>BLDG. 2004 BARNETT AVE.<br>QUANTICO VA 22134<br>(703) 784-5445<br>FOB:  Destination | N40080 |
| 000101 | N/A | N/A | N/A | N/A |
| 0002 | 09-JAN-2020 | 1 | PUBLIC WORKS DEPARTMENT<br>CHARLES E. ROY<br>FEAD<br>P.O. BOX 1855<br>BLDG. 2004 BARNETT AVE.<br>QUANTICO VA 22134<br>(703) 784-5445<br>FOB:  Destination | N40080 |
| 0003 | 09-JAN-2020 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB:  Destination | N40080 |
| 0004 | 09-JAN-2020 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB:  Destination | N40080 |
| 0005 | 09-JAN-2020 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB:  Destination | N40080 |
| 0006 | 09-JAN-2020 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB:  Destination | N40080 |
| 0007 | 09-JAN-2020 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB:  Destination | N40080 |
| 0008 | 09-JAN-2020 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB:  Destination | N40080 |
| 0009 | 09-JAN-2020 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB:  Destination | N40080 |
| 0010 | 09-JAN-2020 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB:  Destination | N40080 |

Section 00100 - Bidding Schedule/Instructions to Bidders

## CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.211-14 | Notice Of Priority Rating For National Defense, Emergency Preparedness, and Energy Program Use | APR 2008 |
| 52.217-4 | Evaluation Of Options Exercised At The Time Of Contract Award | JUN 1988 |
| 52.222-5 | Construction Wage Rate Requirements--Secondary Site of the Work | MAY 2014 |
| 52.222-24 | Preaward On-Site Equal Opportunity Compliance Evaluation | FEB 1999 |
| 52.225-10 | Notice of Buy American Requirement--Construction Materials | MAY 2014 |
| 52.225-22 | Notice of Required Use of American Iron, Steel, and Manufactured Goods--Buy American Statute--Construction Materials | MAY 2014 |
| 52.225-22 Alt I | Notice of Required Use of American Iron, Steel, and Other Manufactured Goods--Buy American Statute--Construction Materials (Mar 2009) Alternate I | MAY 2014 |
| 52.225-24 | Notice of Required Use of American Iron, Steel, and Manufactured Goods--Buy American Statute--Construction Materials under Trade Agreements | MAY 2014 |
| 52.225-24 Alt I | Notice of Required Use of American Iron, Steel, and Other Manufactured Goods--Buy American Statute--Construction Materials under Trade Agreements (May 2014) Alternate I | MAY 2014 |
| 52.225-24 Alt II | Notice of Required Use of American Iron, Steel, and Other Manufactured Goods--Buy American Statute--Construction Materials under Trade Agreements (May 2014) Alternate II | MAR 2009 |
| 52.228-1 | Bid Guarantee | SEP 1996 |
| 52.236-27 | Site Visit (Construction) | FEB 1995 |
| 52.236-27 Alt I | Site Visit (Construction) (Feb 1995) -  Alternate I | FEB 1995 |
| 52.236-28 | Preparation of Proposals--Construction | OCT 1997 |
| 252.225-7000 | Buy American--Balance Of Payments Program Certificate--Basic (Nov 2014) | NOV 2014 |

## CLAUSES INCORPORATED BY FULL TEXT

52.215-1    INSTRUCTIONS TO OFFERORS--COMPETITIVE  ACQUISITION  (JAN 2004)

(a) Definitions. As used in this provision--

"Discussions" are negotiations that occur after establishment of the competitive range that may, at the Contracting Officer's discretion, result in the offeror being allowed to revise its proposal.

"In writing or written" means any worded or numbered expression which can be read, reproduced, and later communicated, and includes electronically transmitted and stored information.

"Proposal modification" is a change made to a proposal before the solicitation's closing date and time, or made in

response to an amendment, or made to correct a mistake at any time before award.

"Proposal revision" is a change to a proposal made after the solicitation closing date, at the request of or as allowed by a Contracting Officer as the result of negotiations.

"Time", if stated as a number of days, is calculated using calendar days, unless otherwise specified, and will include Saturdays, Sundays, and legal holidays. However, if the last day falls on a Saturday, Sunday, or legal holiday, then the period shall include the next working day.

(b) Amendments to solicitations. If this solicitation is amended, all terms and conditions that are not amended remain unchanged. Offerors shall acknowledge receipt of any amendment to this solicitation by the date and time specified in the amendment(s).

(c) Submission, modification, revision, and withdrawal of proposals. (1) Unless other methods (e.g., electronic commerce or facsimile) are permitted in the solicitation, proposals and modifications to proposals shall be submitted in paper media in sealed envelopes or packages (i) addressed to the office specified in the solicitation, and (ii) showing the time and date specified for receipt, the solicitation number, and the name and address of the offeror. Offerors using commercial carriers should ensure that the proposal is marked on the outermost wrapper with the information in paragraphs (c)(1)(i) and (c)(1)(ii) of this provision.

(2) The first page of the proposal must show--

(i) The solicitation number;

(ii) The name, address, and telephone and facsimile numbers of the offeror (and electronic address if available);

(iii) A statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation and agreement to furnish any or all items upon which prices are offered at the price set opposite each item;

(iv) Names, titles, and telephone and facsimile numbers (and electronic addresses if available) of persons authorized to negotiate on the offeror's behalf with the Government in connection with this solicitation; and

(v) Name, title, and signature of person authorized to sign the proposal. Proposals signed by an agent shall be accompanied by evidence of that agent's authority, unless that evidence has been previously furnished to the issuing office.

(3) Submission, modification, or revision, of proposals.

(i) Offerors are responsible for submitting proposals, and any modifications, or revisions, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that proposal or revision is due.

(ii)(A) Any proposal, modification, or revision received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and--

(1) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of proposals; or

(2) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(3) It is the only proposal received.

(B) However, a late modification of an otherwise successful proposal that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(iii) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the proposal wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(iv) If an emergency or unanticipated event interrupts normal Government processes so that proposals cannot be received at the office designated for receipt of proposals by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation, the time specified for receipt of proposals will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(v) Proposals may be withdrawn by written notice received at any time before award. Oral proposals in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile proposals, proposals may be withdrawn via facsimile received at any time before award, subject to the conditions specified in the provision at 52.215-5, Facsimile Proposals. Proposals may be withdrawn in person by an offeror or an authorized representative, if the identity of the person requesting withdrawal is established and the person signs a receipt for the proposal before award.

(4) Unless otherwise specified in the solicitation, the offeror may propose to provide any item or combination of items.

(5) Offerors shall submit proposals in response to this solicitation in English, unless otherwise permitted by the solicitation, and in U.S. dollars, unless the provision at FAR 52.225-17, Evaluation of Foreign Currency Offers, is included in the solicitation.

(6) Offerors may submit modifications to their proposals at any time before the solicitation closing date and time, and may submit modifications in response to an amendment, or to correct a mistake at any time before award.

(7) Offerors may submit revised proposals only if requested or allowed by the Contracting Officer.

(8) Proposals may be withdrawn at any time before award.  Withdrawals are effective upon receipt of notice by the Contracting Officer.

(d) Offer expiration date. Proposals in response to this solicitation will be valid for the number of days specified on the solicitation cover sheet (unless a different period is proposed by the offeror).

(e) Restriction on disclosure and use of data. Offerors that include in their proposals data that they do not want disclosed to the public for any purpose, or used by the Government except for evaluation purposes, shall--

(1) Mark the title page with the following legend: This proposal includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed--in whole or in part--for any purpose other than to evaluate this proposal. If, however, a contract is awarded to this offeror as a result of--or in connection with-- the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in sheets [insert numbers or other identification of sheets]; and

(2) Mark each sheet of data it wishes to restrict with the following legend: Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.

(f) Contract award. (1) The Government intends to award a contract or contracts resulting from this solicitation to

the responsible offeror(s) whose proposal(s) represents the best value after evaluation in accordance with the factors and subfactors in the solicitation.

(2) The Government may reject any or all proposals if such action is in the Government's interest.

(3) The Government may waive informalities and minor irregularities in proposals received.

(4) The Government intends to evaluate proposals and award a contract without discussions with offerors (except clarifications as described in FAR 15.306(a)). Therefore, the offeror's initial proposal should contain the offeror's best terms from a cost or price and technical standpoint. The Government reserves the right to conduct discussions if the Contracting Officer later determines them to be necessary. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals.

(5) The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit cost or prices offered, unless the offeror specifies otherwise in the proposal.

(6) The Government reserves the right to make multiple awards if, after considering the additional administrative costs, it is in the Government's best interest to do so.

(7) Exchanges with offerors after receipt of a proposal do not constitute a rejection or counteroffer by the Government.

(8) The Government may determine that a proposal is unacceptable if the prices proposed are materially unbalanced between line items or subline items. Unbalanced pricing exists when, despite an acceptable total evaluated price, the price of one or more contract line items is significantly overstated or understated as indicated by the application of cost or price analysis techniques. A proposal may be rejected if the Contracting Officer determines that the lack of balance poses an unacceptable risk to the Government.

(9) If a cost realism analysis is performed, cost realism may be considered by the source selection authority in evaluating performance or schedule risk.

(10) A written award or acceptance of proposal mailed or otherwise furnished to the successful offeror within the time specified in the proposal shall result in a binding contract without further action by either party.

(11) If a post-award debriefing is given to requesting offerors, the Government shall disclose the following information, if applicable:

(i) The agency's evaluation of the significant weak or deficient factors in the debriefed offeror's offer.

(ii) The overall evaluated cost or price and technical rating of the successful and the debriefed offeror and past performance information on the debriefed offeror.

(iii) The overall ranking of all offerors, when any ranking was developed by the agency during source selection.

(iv) A summary of the rationale for award.

(v) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.

(vi) Reasonable responses to relevant questions posed by the debriefed offeror as to whether source-selection procedures set forth in the solicitation, applicable regulations, and other applicable authorities were followed by the agency.

(End of provision)

52.216-1    TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a FIRM FIXED PRICE contract resulting from this solicitation.

(End of provision)

52.217-5    EVALUATION OF OPTIONS (JUL 1990)

Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

(End of provision)

52.233-2    SERVICE OF PROTEST (SEP 2006)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from NAVFAC Washington, 1314 Harwood St, Building 212, Washington DC 20374

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

52.252-1    SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil/vffara.htm

(End of provision)

**5252.228-9302       Bid Guarantee.**

## BID GUARANTEE (JAN 1996)

To assure the execution of the contract and the performance and payment bonds, each bidder/offeror shall submit with its bid/offer a guarantee bond (Standard Form 24) executed by a surety company holding a certificate of authority from the Secretary of the Treasury as an acceptable surety, or other security as provided in FAR Clause 52.228-1, "Bid Guarantee".  Security shall be in a penal sum equal to at least 20 percent of the largest amount for which award can be made under the bid submitted, but in no case to exceed $3,000,000.  The bid guarantee bond shall be accompanied by a copy of the agent's authority to sign bonds for the surety company.    (End of provision)

**ALTERNATE I** – As prescribed in 28.101(a)(2), for indefinite quantity and JOC contracts, substitute "...largest amount for which award can be made...." in the basic provision with "...price payable for the contract guaranteed minimum".

**ALTERNATE II** – As prescribed in 28.101(a)(3), for combination firm fixed-price/indefinite quantity facility support service contracts where the firm fixed-price portion constitutes the guaranteed minimum, substitute "… largest amount for which award can be made" in the basic provision with either "...the firm fixed-price portion of the contract.  If the firm fixed-price portion and a minimum amount of the indefinite quantity portion will constitute the guaranteed minimum, substitute "…largest amount for which award can be made" for "...the firm fixed-price portion and the guaranteed minimum amount of the Indefinite Quantity portion of the contract."

**ALTERNATE III**  - As prescribed in 28.101(a)(4), for requirements solicitations, replace "...largest amount for which award can be made..." in the basic provision with "...price payable for the estimated quantity".

Section 00600 - Representations & Certifications

## CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.203-2 | Certificate Of Independent Price Determination | APR 1985 |
| 52.203-11 | Certification And Disclosure Regarding Payments To Influence Certain Federal Transactions | SEP 2007 |
| 52.204-5 | Women-Owned Business (Other Than Small Business) | OCT 2014 |
| 52.209-2 | Prohibition on Contracting with Inverted Domestic Corporations--Representation | NOV 2015 |
| 52.209-5 | Certification Regarding Responsibility Matters | OCT 2015 |
| 52.209-7 | Information Regarding Responsibility Matters | JUL 2013 |
| 52.209-9 | Updates of Publicly Available Information Regarding Responsibility Matters | JUL 2013 |
| 52.219-1 | Small Business Program Representations | OCT 2014 |
| 52.219-1 Alt I | Small Business Program Representations (Sept 2015) Alternate I | SEP 2015 |
| 52.222-23 | Notice of Requirement for Affirmative Action to Ensure Equal Employment Opportunity for Construction | FEB 1999 |
| 52.222-25 | Affirmative Action Compliance | APR 1984 |
| 52.222-38 | Compliance With Veterans' Employment Reporting Requirements | FEB 2016 |
| 52.225-25 | Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran-- Representation and Certifications. | OCT 2015 |
| 252.203-7005 | Representation Relating to Compensation of Former DoD Officials | NOV 2011 |
| 252.204-7007 | Alternate A, Annual Representations and Certifications | JAN 2015 |

CLAUSES INCORPORATED BY FULL TEXT

52.204-7  SYSTEM FOR AWARD MANAGEMENT (JULY 2013)

(a) Definitions. As used in this provision--

Data Universal Numbering System (DUNS) number means the 9-digit number assigned by Dun and Bradstreet, Inc. (D&B) to identify unique business entities.

Data Universal Numbering System +4 (DUNS+4) number means the DUNS number assigned by D&B plus a 4-character suffix that may be assigned by a business concern. (D&B has no affiliation with this 4-character suffix.) This 4-character suffix may be assigned at the discretion of the business concern to establish additional System for Award Management records for identifying alternative Electronic Funds Transfer (EFT) accounts (see the FAR at Subpart 32.11) for the same parent concern.

Registered in the System for Award Management SAM database means that--

(1) The offeror has entered all mandatory information, including the DUNS number or the DUNS+4 number, the Contractor and Government Entity (CAGE) code, as well as data required by the Federal Funding Accountability and Transparency Act of 2006 (see Subpart 4.14) into the SAM database;

(2) The offeror has completed the Core, Assertions, and Representations and Certifications, and Points of Contact sections of the registration in the SAM database;

(3) The Government has validated all mandatory data fields, to include validation of the Taxpayer Identification Number (TIN) with the Internal Revenue Service (IRS). The offeror will be required to
provide consent for TIN validation to the Government as a part of the SAM registration process; and

(4) The Government has marked the record ``Active''.

(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the SAM database prior to award, during performance, and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement resulting from this solicitation.

(2) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS +4" followed by the DUNS or DUNS +4 number that identifies the offeror's name and address exactly as stated in the offer. The DUNS number will be used by the Contracting Officer to verify that the offeror is registered in the SAM database.

(c) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one.

(1) An offeror may obtain a DUNS number--

(i) Via the Internet at http://fedgov.dnb.com/webform or if the offeror does not have internet access, it may call Dun and Bradstreet at 1-866-705-5711 if located within the United States; or

(ii) If located outside the United States, by contacting the local Dun and Bradstreet office. The offeror should indicate that it is an offeror for a U.S. Government contract when contacting the local Dun and Bradstreet office.

(2) The offeror should be prepared to provide the following information:

(i) Company legal business.

(ii) Tradestyle, doing business, or other name by which your entity is commonly recognized.

(iii) Company Physical Street Address, City, State, and Zip Code.

(iv) Company Mailing Address, City, State and Zip Code (if separate from physical).

(v) Company Telephone Number.

(vi) Date the company was started.

(vii) Number of employees at your location.

(viii) Chief executive officer/key manager.

(ix) Line of business (industry).

(x) Company Headquarters name and address (reporting relationship within your entity).

(d) If the Offeror does not become registered in the SAM database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror.

(e) Processing time, which normally takes 48 hours, should be taken into consideration when registering. Offerors who are not registered should consider applying for registration immediately upon receipt of this solicitation.

(f) Offerors may obtain information on registration at https://www.acquisition.gov.

(End of clause)


52.204-8   ANNUAL REPRESENTATIONS AND CERTIFICATIONS (APR 2016)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 236220.

(2) The small business size standard is $36.5M.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b)(1) If the provision at 52.204-7, System for Award Management, is included in this solicitation, paragraph (d) of this provision applies.

(2) If the provision at 52.204-7 is not included in this solicitation, and the offeror is currently registered in System for Award Management (SAM), and has completed the Representations and Certifications section of SAM electronically, the offeror may choose to use paragraph (d) of this provision instead of completing the corresponding individual representations and certifications in the solicitation. The offeror shall indicate which option applies by checking one of the following boxes:

(     ) Paragraph (d) applies.

(     ) Paragraph (d) does not apply and the offeror has completed the individual representations and certifications in the solicitation.

(c) (1) The following representations or certifications in SAM are applicable to this solicitation as indicated:

(i) 52.203-2, Certificate of Independent Price Determination. This provision applies to solicitations when a firm-fixed-price contract or fixed-price contract with economic price adjustment is contemplated, unless—

(A) The acquisition is to be made under the simplified acquisition procedures in Part 13;

(B) The solicitation is a request for technical proposals under two-step sealed bidding procedures; or

(C) The solicitation is for utility services for which rates are set by law or regulation.

(ii) 52.203-11, Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions. This provision applies to solicitations expected to exceed $150,000.

(iii) 52.204-3, Taxpayer Identification. This provision applies to solicitations that do not include the provision at 52.204-7, System for Award Management.

(iv) 52.204-5, Women-Owned Business (Other Than Small Business). This provision applies to solicitations that—

(A) Are not set aside for small business concerns;

(B) Exceed the simplified acquisition threshold; and

(C) Are for contracts that will be performed in the United States or its outlying areas.

(v) 52.209-2; Prohibition on Contracting with Inverted Domestic Corporations--Representation.

(vi) 52.209-5; Certification Regarding Responsibility Matters. This provision applies to solicitations where the contract value is expected to exceed the simplified acquisition threshold.

(vii) 52.209-11, Representation by Corporations Regarding elinquent Tax Liability or a Felony Conviction under any Federal Law. This provision applies to all solicitations.

(viii) 52.214-14, Place of Performance--Sealed Bidding. This provision applies to invitations for bids except those in which the place of performance is specified by the Government.

(ix) 52.215-6, Place of Performance. This provision applies to solicitations unless the place of performance is specified by the Government.

(x) 52.219-1, Small Business Program Representations (Basic & Alternate I). This provision applies to solicitations when the contract will be performed in the United States or its outlying areas.

(A) The basic provision applies when the solicitations are issued by other than DoD, NASA, and the Coast Guard.

(B) The provision with its Alternate I applies to solicitations issued by DoD, NASA, or the Coast Guard.

(xi) 52.219-2, Equal Low Bids. This provision applies to solicitations when contracting by sealed bidding and the contract will be performed in the United States or its outlying areas.

(xii) 52.222-22, Previous Contracts and Compliance Reports. This provision applies to solicitations that include the clause at 52.222-26, Equal Opportunity.

(xiii) 52.222-25, Affirmative Action Compliance. This provision applies to solicitations, other than those for construction, when the solicitation includes the clause at 52.222-26, Equal Opportunity.

(xiv) 52.222-38, Compliance with Veterans' Employment Reporting Requirements. This provision applies to solicitations when it is anticipated the contract award will exceed the simplified acquisition threshold and the contract is not for acquisition of commercial items.

(xv) 52.223-1, Biobased Product Certification. This provision applies to solicitations that require the delivery or specify the use of USDA-designated items; or include the clause at 52.223-2, Affirmative Procurement of Biobased Products Under Service and Construction Contracts.

(xvi) 52.223-4, Recovered Material Certification. This provision applies to solicitations that are for, or specify the use of, EPA- designated items.

(xvii) 52.225-2, Buy American Certificate. This provision applies to solicitations containing the clause at 52.225-1.

(xviii) 52.225-4, Buy American--Free Trade Agreements--Israeli Trade Act Certificate. (Basic, Alternates I, II, and III.) This provision applies to solicitations containing the clause at 52.225- 3.

(A) If the acquisition value is less than $25,000, the basic provision applies.

(B) If the acquisition value is $25,000 or more but is less than $50,000, the provision with its Alternate I applies.

(C) If the acquisition value is $50,000 or more but is less than $77,533, the provision with its Alternate II applies.

(D) If the acquisition value is $77,533 or more but is less than $100,000, the provision with its Alternate III  applies.

(xix) 52.225-6, Trade Agreements Certificate. This provision applies to solicitations containing the clause at 52.225-5.

(xx) 52.225-20, Prohibition on Conducting Restricted Business Operations in Sudan--Certification. This provision applies to all solicitations.

(xxi) 52.225-25, Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran—Representation and Certification. This provision applies to all solicitations.

(xxii) 52.226-2, Historically Black College or University and Minority Institution Representation. This provision applies to solicitations for research, studies, supplies, or services of the type normally acquired from higher educational institutions.

(2) The following representations or certifications are applicable as indicated by the Contracting Officer:

[Contracting Officer check as appropriate.]

(i) 52.204-17, Ownership or Control of Offeror.

(ii) 52.204-20, Predecessor of Offeror.

(iii) 52.222-18, Certification Regarding Knowledge of Child Labor for Listed End Products.

(iv) 52.222-48, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment--Certification.

(v) 52.222-52 Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services--Certification.

(vi) 52.223-9, with its Alternate I, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (Alternate I only).

(vii) 52.227-6, Royalty Information.

(A) Basic.

(B) Alternate I.

(viii) 52.227-15, Representation of Limited Rights Data and Restricted Computer Software.

(d) The offeror has completed the annual representations and certifications electronically via the SAM website accessed through https://www.acquisition.gov. After reviewing the SAM database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically that apply to this solicitation as indicated in paragraph (c) of this provision have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below [offeror to insert changes, identifying change by clause number, title, date]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

```
------------------------------------------------------------------------
FAR Clause        Title          Date        Change
------------------------------------------------------------------------

------          ----------      ------      ------
------------------------------------------------------------------------
```

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on SAM.

(End of provision)

Section 00700 - Contract Clauses

## CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | NOV 2013 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | MAY 2014 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | SEP 2006 |
| 52.203-7 | Anti-Kickback Procedures | MAY 2014 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | MAY 2014 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | MAY 2014 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | OCT 2010 |
| 52.203-13 | Contractor Code of Business Ethics and Conduct | OCT 2015 |
| 52.203-14 | Display of Hotline Poster(s) | OCT 2015 |
| 52.203-17 | Contractor Employee Whistleblower Rights and Requirement To Inform Employees of Whistleblower Rights | APR 2014 |
| 52.204-2 Alt II | Security Requirements (Aug 1996) - Alternate II | APR 1984 |
| 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper | MAY 2011 |
| 52.204-9 | Personal Identity Verification of Contractor Personnel | JAN 2011 |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards | OCT 2015 |
| 52.204-13 | System for Award Management Maintenance | JUL 2013 |
| 52.207-3 | Right of First Refusal of Employment | MAY 2006 |
| 52.208-9 | Contractor Use of Mandatory Sources of Supply or Services | MAY 2014 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | OCT 2015 |
| 52.209-9 | Updates of Publicly Available Information Regarding Responsibility Matters | JUL 2013 |
| 52.209-10 | Prohibition on Contracting With Inverted Domestic Corporations | NOV 2015 |
| 52.210-1 | Market Research | APR 2011 |
| 52.211-10 Alt I | Commencement, Prosecution, and Completion of Work (Apr 1984) - Alternate I | APR 1984 |
| 52.211-13 | Time Extensions | SEP 2000 |
| 52.211-15 | Defense Priority And Allocation Requirements | APR 2008 |
| 52.211-18 | Variation in Estimated Quantity | APR 1984 |
| 52.215-1 Alt I | Instructions to Offerors--Competitive Acquisition (Jan 2017) - Alternate I | OCT 1997 |
| 52.215-2 | Audit and Records--Negotiation | OCT 2010 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns | OCT 2014 |
| 52.219-8 | Utilization of Small Business Concerns | OCT 2014 |
| 52.219-9 | Small Business Subcontracting Plan | OCT 2015 |
| 52.219-9 Alt II | Small Business Subcontracting Plan (OCT 2015) Alternate II | OCT 2001 |
| 52.219-14 | Limitations On Subcontracting | NOV 2011 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.219-28 | Post-Award Small Business Program Rerepresentation | JUL 2013 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |

| | | |
|---|---|---|
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards- Overtime Compensation | MAY 2014 |
| 52.222-5 | Construction Wage Rate Requirements--Secondary Site of the Work | MAY 2014 |
| 52.222-6 | Construction Wage Rate Requirements | MAY 2014 |
| 52.222-7 | Withholding of Funds | MAY 2014 |
| 52.222-8 | Payrolls and Basic Records | MAY 2014 |
| 52.222-9 | Apprentices and Trainees | JUL 2005 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | MAY 2014 |
| 52.222-12 | Contract Termination-Debarment | MAY 2014 |
| 52.222-13 | Compliance With Construction Wage Rate Requirements and Related Regulations | MAY 2014 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | MAY 2014 |
| 52.222-21 | Prohibition Of Segregated Facilities | APR 2015 |
| 52.222-22 | Previous Contracts And Compliance Reports | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2015 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | APR 2015 |
| 52.222-35 | Equal Opportunity for Veterans | OCT 2015 |
| 52.222-36 | Equal Opportunity for Workers with Disabilities | JUL 2014 |
| 52.222-37 | Employment Reports on Veterans | FEB 2016 |
| 52.222-40 | Notification of Employee Rights Under the National Labor Relations Act | DEC 2010 |
| 52.222-50 | Combating Trafficking in Persons | MAR 2015 |
| 52.222-54 | Employment Eligibility Verification | OCT 2015 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | MAY 2011 |
| 52.223-6 | Drug-Free Workplace | MAY 2001 |
| 52.223-17 | Affirmative Procurement of EPA-Designated Items in Service and Construction Contracts | MAY 2008 |
| 52.223-18 | Encouraging Contractor Policies To Ban Text Messaging While Driving | AUG 2011 |
| 52.225-12 | Notice of Buy American Requirement - Construction Materials Under Trade Agreements | MAY 2014 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUN 2008 |
| 52.227-1 | Authorization and Consent | DEC 2007 |
| 52.227-4 | Patent Indemnity-Construction Contracts | DEC 2007 |
| 52.227-14 | Rights in Data--General | MAY 2014 |
| 52.227-17 | Rights In Data-Special Works | DEC 2007 |
| 52.227-23 | Rights to Proposal Data (Technical) | JUN 1987 |
| 52.228-1 | Bid Guarantee | SEP 1996 |
| 52.228-2 | Additional Bond Security | OCT 1997 |
| 52.228-5 | Insurance - Work On A Government Installation | JAN 1997 |
| 52.228-11 | Pledges Of Assets | JAN 2012 |
| 52.228-12 | Prospective Subcontractor Requests for Bonds | MAY 2014 |
| 52.228-14 | Irrevocable Letter of Credit | NOV 2014 |
| 52.228-15 | Performance and Payment Bonds--Construction | OCT 2010 |
| 52.229-3 | Federal, State And Local Taxes | FEB 2013 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | MAY 2014 |
| 52.232-17 | Interest | MAY 2014 |
| 52.232-23 | Assignment Of Claims | MAY 2014 |
| 52.232-27 | Prompt Payment for Construction Contracts | MAY 2014 |
| 52.232-32 | Performance-Based Payments | APR 2012 |

| | | |
|---|---|---|
| 52.232-40 | Providing Accelerated Payments to Small Business Subcontractors | DEC 2013 |
| 52.233-1 | Disputes | MAY 2014 |
| 52.233-1 Alt I | Disputes (May 2014) -  Alternate I | DEC 1991 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
| 52.236-1 | Performance of Work by the Contractor | APR 1984 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-4 | Physical Data | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-8 | Other Contracts | APR 1984 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.237-2 | Protection Of Government Buildings, Equipment, And Vegetation | APR 1984 |
| 52.237-5 | Payment by Contractor to Government | APR 1984 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-1 Alt I | Changes--Fixed Price (Aug 1987) -  Alternate I | APR 1984 |
| 52.244-2 | Subcontracts | OCT 2010 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.248-3 | Value Engineering-Construction | OCT 2015 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | APR 2012 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (Apr 2012)  - Alternate I | SEP 1996 |
| 52.249-2 Alt III | Termination for Convenience of the Government (Fixed-Price) (Apr 2012)  - Alternate  III | SEP 1996 |
| 52.249-3 | Termination for Convenience of the Government (Dismantling, Demolition, or Removal of Improvements) | APR 2012 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7000 | Requirements Relating to Compensation of Former DoD Officials | SEP 2011 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2008 |
| 252.203-7002 | Requirement to Inform Employees of Whistleblower Rights | SEP 2013 |
| 252.203-7003 | Agency Office of the Inspector General | DEC 2012 |
| 252.203-7004 | Display of Fraud Hotline Poster(s) | OCT 2015 |
| 252.203-7005 | Representation Relating to Compensation of Former DoD Officials | NOV 2011 |
| 252.204-7000 | Disclosure Of Information | AUG 2013 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |

| 252.204-7005 | Oral Attestation of Security Responsibilities | NOV 2001 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Country that is a State Sponsor of Terrorism | OCT 2015 |
| 252.219-7003 Alt I | Small Business Subcontracting Plan (DoD Contracts)(MAR 2016) Alternate I | MAR 2016 |
| 252.223-7006 | Prohibition On Storage, Treatment, and Disposal of Toxic or Hazardous Materials | SEP 2014 |
| 252.223-7008 | Prohibition of Hexavalent Chromium | JUN 2013 |
| 252.227-7013 | Rights in Technical Data--Noncommercial Items | FEB 2014 |
| 252.227-7022 | Government Rights (Unlimited) | MAR 1979 |
| 252.232-7006 | Wide Area WorkFlow Payment Instructions | MAY 2013 |
| 252.232-7007 | Limitation Of Government's Obligation | APR 2014 |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7001 | Contract Drawings, and Specifications | AUG 2000 |
| 252.236-7002 | Obstruction of Navigable Waterways | DEC 1991 |
| 252.236-7005 | Airfield Safety Precautions | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | DEC 2012 |
| 252.244-7001 | Contractor Purchasing System Administration | MAY 2014 |
| 252.246-7001 Alt II | Warranty Of Data (Mar 2014)  - Alternate II | MAR 2014 |
| 252.247-7022 | Representation Of Extent Of Transportation Of Supplies By Sea | AUG 1992 |
| 252.247-7023 | Transportation of Supplies by Sea | APR 2014 |

## CLAUSES INCORPORATED BY FULL TEXT

52.204-2   SECURITY REQUIREMENTS (AUG 1996)

(a) This clause applies to the extent that this contract involves access to information classified "Confidential," "Secret," or "Top Secret."

(b) The Contractor shall comply with (1) the Security Agreement (DD Form 441), including the National Industrial Security Program Operating Manual (DOD 5220.22-M); and (2) any revisions to that manual, notice of which has been furnished to the Contractor.

(c) If, subsequent to the date of this contract, the security classification or security requirements under this contract are changed by the Government and if the changes cause an increase or decrease in security costs or otherwise affect any other term or condition of this contract, the contract shall be subject to an equitable adjustment as if the changes were directed under the Changes clause of this contract.

(d)   The Contractor agrees to insert terms that conform substantially to the language of this clause, including this paragraph (d) but excluding any reference to the Changes clause of this contract, in all subcontracts under this contract that involve access to classified information.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.211-10    COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within 15  calendar days after the date the Contractor receives the contract award, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 765 CALENDAR DAYS AFTER CONTRACT AWARD.   The time stated for completion shall include final cleanup of the premises.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.211-12    LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of  $19,557 for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.225-11    BUY AMERICAN--CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS (FEB 2016)

(a) Definitions. As used in this clause--

Caribbean Basin country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a Caribbean Basin country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a Caribbean Basin country into a new and different construction material distinct from the materials from which it was transformed.

Commercially available off-the-shelf (COTS) item—

(1) Means any item of supply (including construction material) that is--

(i) A commercial item (as defined in paragraph (1) of the definition at FAR 2.101);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4) such as agricultural products and petroleum products.

Component means an article, material, or supply incorporated directly into a construction material.

Construction material means an article, material, or supply brought to the construction site by the Contractor or subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

Cost of components means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the construction material (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

Designated country means any of the following countries:

(1) A World Trade Organization Government Procurement Agreement (WTO GPA) country (Armenia, Aruba, Austria, Belgium, Bulgaria, Canada, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland, Ireland, Israel, Italy, Japan, Korea (Republic of), Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Montenegro, Netherlands, New Zealand, Norway, Poland, Portugal, Romania, Singapore, Slovak Republic, Slovenia, Spain, Sweden, Switzerland, Taiwan or United Kingdom);

(2) A Free Trade Agreement (FTA) country (Australia, Bahrain, Canada, Chile, Colombia, Costa Rica, Dominican Republic, El Salvador, Guatemala, Honduras, Korea (Republic of), Mexico, Morocco, Nicaragua, Oman, Panama, Peru, or Singapore);

(3) A least developed country (Afghanistan, Angola, Bangladesh, Benin, Bhutan, Burkina Faso, Burundi, Cambodia, Central African Republic, Chad, Comoros, Democratic Republic of Congo, Djibouti, Equatorial Guinea, Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Haiti, Kiribati, Laos, Lesotho, Liberia, Madagascar, Malawi, Mali, Mauritania, Mozambique, Nepal, Niger, Rwanda, Samoa, Sao Tome and Principe, Senegal, Sierra Leone, Solomon Islands, Somalia, South Sudan, Tanzania, Timor-Leste, Togo, Tuvalu, Uganda, Vanuatu, Yemen, or Zambia); or

(4) A Caribbean Basin country (Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Bonaire, British Virgin Islands, Curacao, Dominica, Grenada, Guyana, Haiti, Jamaica, Montserrat, Saba, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Sint Eustatius, Sint Maarten, or Trinidad and Tobago).

Designated country construction material means a construction material that is a WTO GPA country construction material, an FTA country construction material, a least developed country construction material, or a Caribbean Basin country construction material.

Domestic construction material means--

(1) An unmanufactured construction material mined or produced in the United States;

(2) A construction material manufactured in the United States, if--

(i) The cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic; or

(ii) The construction material is a COTS item.

Foreign construction material means a construction material other than a domestic construction material.

Least developed country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a least developed country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a least developed country into a new and different construction material distinct from the materials from which it was transformed.

"Free Trade Agreement country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a Free Trade Agreement (FTA) country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a FTA country into a new and different construction material distinct from the materials from which it was transformed.

"Least developed country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a least developed country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a least developed country into a new and different construction material distinct from the materials from which it was transformed.

United States means the 50 States, the District of Columbia, and outlying areas.

WTO GPA country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a WTO GPA country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a WTO GPA country into a new and different construction material distinct from the materials from which it was transformed.

(b) Construction materials.

(1) This clause implements 41 U.S.C. chapter 83, Buy American, by providing a preference for domestic construction material. In accordance with 41 U.S.C. 1907, the component test of the Buy American statute is waived for construction material that is a COTS item. (See FAR 12.505(a)(2)). In addition, the Contracting Officer has determined that the WTO GPA and Free Trade Agreements (FTAs) apply to this acquisition. Therefore, the Buy American restrictions are waived for designated country construction materials.

(2) The Contractor shall use only domestic or designated country construction material in performing this contract, except as provided in paragraphs (b)(3) and (b)(4) of this clause.

(3)  The requirement in paragraph (b)(2) of this clause does not apply to information technology that is a commercial item or to the construction materials or components listed by the Government as follows:

[Contracting Officer to list applicable excepted materials or indicate ``none'']

(4) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(3) of this clause if the Government determines that--

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the restrictions of the Buy American statute is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent;

(ii) The application of the restriction of the Buy American statute to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American statute.

(1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(4) of this clause shall include adequate information for Government evaluation of the request, including--

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American statute applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the

unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(4)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American statute applies, use of foreign construction material is noncompliant with the Buy American statute.

(d) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

Foreign and Domestic Construction Materials Price Comparison

| Construction material description | Unit of measure | Quantity | Price (dollars) \1\ |
|---|---|---|---|
| Item 1: | | | |
|   Foreign construction material.... | ...................... | ...................... | ...................... |
|   Domestic construction material... | ...................... | ...................... | ...................... |
| Item 2: | | | |
|   Foreign construction material.... | ...................... | ...................... | ...................... |
|   Domestic construction material... | ...................... | ...................... | ...................... |

\1\ Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).
List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary.
Include other applicable supporting information.

(End of clause)

52.243-1   CHANGES--FIXED-PRICE (AUG 1987)

(a) The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one or more of the following:

(1) Drawings, designs, or specifications when the supplies to be furnished are to be specially manufactured for the Government in accordance with the drawings, designs, or specifications.

(2) Method of shipment or packing.

(3) Place of delivery.

(b) If any such change causes an increase or decrease in the cost of, or the time required for, performance of any part of the work under this contract, whether or not changed by the order, the Contracting Officer shall make an equitable adjustment in the contract price, the delivery schedule, or both, and shall modify the contract.

(c) The Contractor must assert its right to an adjustment under this clause within 30 days from the date of receipt of the written order. However, if the Contracting Officer decides that the facts justify it, the Contracting Officer may receive and act upon a proposal submitted before final payment of the contract.

(d) If the Contractor's proposal includes the cost of property made obsolete or excess by the change, the Contracting Officer shall have the right to prescribe the manner of the disposition of the property.

(e) Failure to agree to any adjustment shall be a dispute under the Disputes clause. However, nothing in this clause shall excuse the Contractor from proceeding with the contract as changed.

(End of clause)


52.243-4    CHANGES (JUN 2007)

(a) The Contracting Officer may, at any time, without notice to the sureties, if any, by written order designated or indicated to be a change order, make changes in the work within the general scope of the contract, including changes--

(1) In the specifications (including drawings and designs);

(2) In the method or manner of performance of the work;

(3) In the Government-furnished property or services; or

(4) Directing acceleration in the performance of the work.

(b) Any other written or oral order (which, as used in this paragraph (b), includes direction, instruction, interpretation, or determination) from the Contracting Officer that causes a change shall be treated as a change order under this clause; provided, that the Contractor gives the Contracting Officer written notice stating

(1) the date, circumstances, and source of the order and

(2) that the Contractor regards the order as a change order.

(c) Except as provided in this clause, no order, statement, or conduct of the Contracting Officer shall be treated as a change under this clause or entitle the Contractor to an equitable adjustment.

(d) If any change under this clause causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, whether or not changed by any such order, the Contracting Officer shall make an equitable adjustment and modify the contract in writing.  However, except for an adjustment based on defective specifications, no adjustment for any change under paragraph (b) of this clause shall be made for any costs incurred more than 20 days before the Contractor gives written notice as required.  In the case of defective specifications for which the Government is responsible, the equitable adjustment shall include any increased cost reasonably incurred by the Contractor in attempting to comply with the defective specifications.

(e) The Contractor must assert its right to an adjustment under this clause within 30 days after

(1) receipt of a written change order under paragraph (a) of this clause or (2) the furnishing of a written notice under paragraph (b) of this clause, by submitting to the Contracting Officer a written statement describing the general nature and amount of the proposal, unless this period is extended by the Government.  The statement of proposal for adjustment may be included in the notice under paragraph (b) above.

(f) No proposal by the Contractor for an equitable adjustment shall be allowed if asserted after final payment under this contract.

(End of clause)


52.252-2    CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil/vffara.htm

(End of clause)

252.204-0001 LINE ITEM SPECIFIC:  SINGLE FUNDING. (SEP 2009)

The payment office shall make payment using the ACRN funding of the line item being billed.

(End of clause)

252.232-7006 WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS (JUN 2012)

(a) Definitions. As used in this clause--

Department of Defense Activity Address Code (DoDAAC) is a six position code that uniquely identifies a unit, activity, or organization.

Document type means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

Local processing office (LPO) is the office responsible for payment certification when payment certification is done external to the entitlement system.

(b) Electronic invoicing. The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS 252.232-7003, Electronic Submission
of Payment Requests and Receiving Reports.

(c) WAWF access. To access WAWF, the Contractor shall--

(1) Have a designated electronic business point of contact in the Central Contractor Registration at https://www.acquisition.gov;and

(2) Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this Web site.

(d) WAWF training. The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through
WAWF. Both can be accessed by selecting the ``Web Based Training'' link on the WAWF home page at https://wawf.eb.mil/.

(e) WAWF methods of document submission. Document submissions may be via Web entry, Electronic Data Interchange, or File Transfer Protocol.

(f) WAWF payment instructions. The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

(1) Document type. The Contractor shall use the following document type(s).

Navy Construction/Facilities Management Invoice

(2) Inspection/acceptance location. The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer.

N40080

(3) Document routing. The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

| Routing Data Table* | |
|---|---|
| **Field Name in WAWF** | **Data to be entered in WAWF** |
| Pay Official DoDAAC | N68732 |
| Issue by DoDAAC | N40080 |
| Admin by DoDAAC | N40080 |
| Inspect by DoDAAC | N40080 |
| Ship To Code | N40080 |
| Ship From Code | N/A |
| Mark For Code | N/A |
| Service Approver (DoDAAC) | N40080 |
| Service Acceptor (DoDAAC) | N40080 |
| Accept at Other DoDAAC | N/A |
| Local Processing Office (LPO) DoDAAC | N40080 |
| DCAA Auditor DoDAAC | N/A |
| Other DoDAAC(s) | N/A |

(4) Payment request and supporting documentation. The Contractor shall ensure a payment request includes appropriate contract line item and subline item descriptions of the work performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

(5) WAWF email notifications. The Contractor shall enter the email address identified below in the ``Send Additional Email Notifications'' field of WAWF once a document is submitted in the system.

CMDR. Charles Roy
703 784-5445
Charles.roy@navy.mil

(g) WAWF point of contact. (1) The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

CMDR. Charles Roy
703 784-5445
Charles.roy@navy.mil

(2) For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

(End of clause)

**5252.209-9300  Contracting Officer Authority (JUN 1994)**

### CONTRACTING OFFICER AUTHORITY (JUN 1994)

In no event shall any understanding or agreement between the Contractor and any Government employee other than the Contracting Officer on any contract, modification, change order, letter or verbal direction to the Contractor be effective or binding upon the Government.  All such actions must be formalized by a proper contractual document executed by an appointed Contracting Officer.  The Contractor is hereby put on notice that in the event a Government employee other than the Contracting Officer directs a change in the work to be performed or increases the scope of work to be performed, it is the Contrator's responsibility to make inquiry of the Contracting Officer before making the deviation.  Payments will not be made without being authorized by an appointed Contracting Officer with the legal authority to bind the Government.

(END OF CLAUSE)

**5252.209-9300  Organizational Conflicts of Interest.**

### ORGANIZATIONAL CONFLICTS OF INTEREST (JUN 1994)

 The restrictions described herein shall apply to the Contractor and its affiliates, consultants and subcontracts under this contract.  If the Contractor under this contract prepares or assists in preparing a statement of work, specifications and plans, the Contractor and its affiliates shall be ineligible to bid or participate, in any capacity, in any contractual effort which is based on such statement of work or specifications and plans as a prime contractor, subcontractor, consultant or in any similar capacity.  The Contractor shall not incorporate its products or services in such statement of work or specification unless so directed in writing by the Contracting Officer, in which case the restriction shall not apply.  This contract shall include this clause in its subcontractor's or consultants' agreements concerning the performance of this contract.
(End of clause)

**ALTERNATE I (JUN 1994).** As prescribed in 9.507-2(b), add the following paragraphs to the basic clause:

   (b)   Some remedial action may be performed by the architect-engineer firm in order to prevent continued contamination that immediately endangers population or property.

   (c)   The Contractor shall provide a statement with his bid or proposal which concisely describes all relevant facts concerning any past, present, or currently planned interest (financial, contractual, organizational, or otherwise) relating to the work to be performed hereunder.  The Contractor warrants that, to the best of the Contractor's knowledge and belief, there are no relevant facts or circumstances which could give rise to an organizational conflict of interest, as defined in FAR Subpart 9.5, or that the Contractor has disclosed all such relevant information prior to award.  If a potential conflict is discovered after award, the Contractor shall make a full disclosure in writing to the Contracting Officer.  The disclosure shall include a description of action which the Contractor proposes to take, after consultation with the Contracting Officer, to avoid, mitigate, or neutralize the conflict of interest.

   (d)   In addition, the Contractor shall notify the Contracting Officer, in writing, of its intention to compete for, or accept the award of any contract for similar or related work for any Department of Defense, other Agency of the

federal government, or state regulatory agency which may involve Navy sites.  Such notification shall be made before the Contractor either competes for or accepts any such contract.

(e)   Remedies:  The Government may terminate this contract for convenience, in whole or in part, if it deems such termination necessary to avoid an organizational conflict of interest.  If the Contractor was aware of a potential organization conflict of interest prior to award or discovered an actual or potential conflict after award and did not disclose or misrepresented relevant information to the Contracting Officer, the Government may terminate the contract for default, or debar the Contractor from Government contracting, or pursue such other remedies as may be permitted by law or this contract.

(f)   The Contractor further agrees to insert in any subcontract or consultant agreement hereunder, provisions which shall conform substantially to the language of this clause, including this paragraph (f).  (End of clause)


**5252.228-9300  Individual Surety/Sureties.**

**INDIVIDUAL SURETY/SURETIES (JUN 1994)**

As prescribed in FAR 28.203(a), individual sureties will be permitted.  In order for the Contracting Officer to make a determination as to the acceptability of individuals proposed as sureties, as prescribed in FAR 28-203(b), all proposers who submit bonds which are executed by individual sureties are requested to furnish additional information in support of SF-28, Affidavit of Individual Surety, with the bonds.  Pursuant to Instruction 3(b) of Standard Form 24, the Bond, Standard Form 25, the Performance Bond, and the Standard Form 25A, the Payment Bond, the Contracting Officer requests the following information:

(a)  Equity Securities (Stock):

(1)   State the place(s) of incorporation and address of the principal place of business for each issuing corporation listed.

(2)   State whether the security issued was issued by public or private offering and give the place of registration of the security.

(3)   State whether the security is presently, actively traded.

(b)  Debt Securities (Bonds) and Certificates of Deposit:

(1)   List the type of bonds held and their maturity dates.

(2)   State the name, address, and telephone number of the issuing agency, firm or individual.

(3)   State the complete address(es) where the bonds are held.

(4)   State whether the bonds have been pledged as security or have otherwise been encumbered.

(c)  Real Property Interests:

(1)   Provide complete recording data for the conveyance of each parcel or interest listed to the individual proposed as surety.

(2)   State whether the values listed are based upon personal evaluation or evaluation of an experienced real estate appraiser.  If available, provide copies of written appraisals.

(3)     State the method(s) of valuation upon which appraisal is based.

(4)     Provide the assessed value of each property interest listed utilized by the appropriate tax assessor for purposes of property taxation.

(5)  Provide the telephone number, including area code, for the tax assessor who performed the most recent tax assessment.

(6)     State whether each real property interest listed is currently under lien or in any way encumbered and the dollar amount of each such lien or encumbrance
.

(d)  Persons Proposed as Individual Sureties:

(1)     A current list of all other bonds (bid, performance, and payment) on which the individual is a surety and bonds for which the individual is requesting to be a surety.

(2)     A statement as to the percent of completion of projects for which the individual is bound on a performance bond.

This information is necessary to enable the Contracting Officer to evaluate the sufficiency of the surety's net worth in a timely manner.  (End of provision)


**5252.228-9305     Notice of Bonding Requirements.**

NOTICE OF BONDING REQUIREMENTS (DEC 2000)

(a)     Within 15 days after receipt of award, the bidder/offeror to whom the award is made shall furnish the following bond(s) each with satisfactory security:

_X___   A Performance Bond (Standard Form 25).  The performance bond shall be in a penal sum equal to 100% percent of the contract price.

_X___   A Payment Bond (Standard Form 25A).  The payment bond shall be in a penal sum equal to 100% of the contract price.

(b)     Any surety company holding a certificate of authority from the Secretary of Treasury as an acceptable Surety on Federal bonds will be accepted.  Individual sureties will be permitted as prescribed in FAR 28.203 and FAC 5252.228 9300.  Alternative types of security in lieu of furnishing sureties on performance and/or payment bonds will be permitted as prescribed in FAR 28.204, and will be held for at least one year after the completion of the contract.  Additional bond security may be required as prescribed in FAR 52.228-2.  Bonds shall be accompanied by a document authenticating the agent's authority to sign bonds for the surety company.

(c)     The contract time for purposes of fixing the completion date, default, and liquidated damages shall begin to run 765 days from the date of award, regardless of when performance and payment bonds or deposits in lieu of surety are executed.   (End of clause)

ALTERNATE I – As prescribed in 28.102-3-100(b), for indefinite quantity solicitations, substitute "contract price" in the basic provision with "the price payable for the contract guaranteed minimum".

ALTERNATE II – As prescribed in 28.102-3-100(c), for combination firm fixed-price/indefinite quantity solicitations where the firm fixed-price portion constitutes the guaranteed minimum, replace "contract price" in the basic provision with "the price payable for the firm fixed-price portion".  Where the firm fixed-price portion and a percentage of the indefinite quantity portion will constitute the guaranteed minimum, substitute "contract price" in the basic provision with "the price payable for the firm fixed-price portion and the guaranteed minimum amount of the IQ portion".

ALTERNATE III  - As prescribed in 28.102-3-100(d), for requirements solicitations, substitute "contract price" in the basic provision with "the price payable for the estimated quantity".

5252.236-9301    Special Working Conditions and Entry to Work Area.

SPECIAL WORKING CONDITIONS AND ENTRY TO WORK AREA (JUN 1994)

Denial of entry to the work areas under this contract may be required by the Government under certain circumstances where the Contractor's work or presence would constitute a safety or security hazard to ordnance storage or handling operations.  Restrictions covering entry to and availability of the work areas are as follows:

(a)        Entry.  Entry to work areas located within the special Security Limited areas, defined as those work areas located within the existing security fence, can be granted subject to special personnel requirements as specified herein and to other normal security and safety requirements. Complete denial of entry to the Limited Area may be required during brief periods of one to two hours (normally) and on rare occasions of two to four hours.  For bidding purposes, the Contractor shall assume denial of entry to the work areas in the Limited Area of six 2 hour denials and one 4 hour denial per month.

(b)        Vehicle Delay.  The Contractor shall also assume for bidding purposes that, in addition to site denial, each vehicle and/or unit of construction equipment will be delayed during each movement through the security gate, both entering and leaving the limited area.  Delays will average _____.

(c)        Operational Considerations.  To reduce delay time while preserving required security, the following points should be considered in operational planning:

(1)        Vehicle Search.  Security regulations required that all vehicles, when authorized to enter the Limited Area be thoroughly searched by guard force personnel.  Such a search will be required for all vehicle/ construction equipment.  Accordingly, once a vehicle or unit of construction equipment has been cleared, it may be left in the Limited Area after initial entry has been made.  For the period of time authorized the vehicle/equipment left in the Limited Area will be assigned parking areas by the Contracting Officer.  The vehicle/equipment must be secured as specified in paragraph entitled "SECURITY REQUIREMENTS."  The intent is to reduce the Contractor loss of time at the security gate.  No private vehicles will be allowed to enter the Limited Area.

(2)        Delivery Vehicles.  Vehicles delivering construction materials will be inspected by guard force personnel while the driver is being processed for entry into the Limited Area.  The driver and vehicle will then be escorted in the Limited Area by a Security Escort.  To provide this service, delivery schedules should be promulgated in advance and vendors made aware that a reasonable delay can be expected if delivery is other than the time specified.  Deliveries after 1600 hours will not be allowed entry into the Limited Area without prior approval of the Physical Security Officer.   (End of clause)

**5252.236-9303  Accident Prevention**

ACCIDENT PREVENTION (NOV 1998)

(a)      The Contractor will maintain an accurate record of, and will report to the Contracting Officer in the manner and on the forms prescribed by the Contracting Officer, all accidents resulting in death, traumatic injury, occupation disease, and damage to property, materials, supplies and equipment incident to work performed under this contract.

(b)      Compliance with the provisions of this article by subcontractors will be the responsibility of the Contractor.

(c)      Prior to commencement of the work, the Contractor may be required to:

   5252 submit in writing his proposals for effectuating provision for accident prevention;

   5253 meet in conference with representatives of the Contracting Officer to discuss and develop mutual understanding relative to administration of the overall safety program.  (End of Clause).

**5252.236-9309  Key Personnel.**

### KEY PERSONNEL (JUN 1994)

The Architect-Engineer (A-E) shall employ the following professional personnel to perform the services required under this contract.  Prior to starting work, the A-E will forward to the Contracting Officer a resume for the individual(s) assigned to each discipline to be utilized.  No substitution will be made without the advance written approval of the Contracting Officer, after he has reviewed the proposed replacement's experience and qualifications record submitted by the architect-engineer firm with explanation of the necessity for the change.  No increase in salary rates will be allowed when personnel substitution is authorized.

<u>DISCIPLINE</u> <u>NAME</u> <u>JOB </u> <u>TITLE</u>

 (End of clause)

**5252.236-9310  Record Drawings**

### RECORD DRAWINGS (JUN 1994)

The Contractor shall maintain at the job site two sets of full-size prints of the contract drawings, accurately marked in red with adequate dimensions, to show all variations between the construction actually provided an that indicated or specified in the contract documents, including buried or concealed construction.  Special attention shall be give to recording the horizontal and vertical location of all buried utilities that differ from the contract drawings.  Existing utility lines and features revealed during the course of construction, shall also be accurately located and dimensioned.  Variation in the interior utility systems shall be clearly defined and dimensioned; and coordinated with exterior utility connections at the building five-foot line, where applicable.  Existing topographic features which differ from those show on the contract drawings shall also be accurately located and recorded.  Where a choice of materials or methods is permitted herein, or where variations in scope or character of methods is permitted herein, or where variations in scope or character of work from that of the original contract are authorized, the drawings shall be marked to define the construction actually provided.  The representations of such changes shall conform to standard drafting practice and shall included such supplementary notes, legends, and details as necessary to clearly portray the as-built construction.  These drawings shall be available for review by the Contracting Officer at all times.  Upon completion of the work, both sets of the marked up prints shall be certified as correct, signed by the Contractor, and delivered to the Contracting Officer for his approval before acceptance.  Requests for partial payments will not be approved if the marked prints are not kept current, and request for final payment will not be approved until the marked prints are delivered to the Contracting Officer. (End of Clause).

ALTERNATE I (JUN 1994).  As prescribed in 36.5100(f)(2), when as-built drawings are not required, substitute the following paragraph for the basic clause:

Record drawings will not be required.  (End of Clause).

**5252.237-9301  Substitutions of Key Personnel.**

### SUBSTITUTIONS OF KEY PERSONNEL (JUNE 1994)

The Contractor shall provide complete resumes for proposed substitutes, and any additional information requested by the Contracting Officer.  Proposed substitutes should have comparable qualifications to those of the persons being replaced.  The Contracting Officer will notify the Contractor within 15 days after receipt of all required information of the consent on substitutes.  No change in fixed unit prices may occur as a result of key personnel substitution.  (End of clause)

**5252.242-9300  Government representatives.**

### GOVERNMENT REPRESENTATIVES (OCT 1996)

The contract will be administered by an authorized representative of the Contracting Officer.  In no event, however, will any understanding or agreement, modification, change order, or other matter deviating from the terms of the contract between the Contractor and any person other than the Contracting Officer be effective or binding upon the Government, unless formalized by proper contractual documents executed by the Contracting Officer prior to completion of this contract.  The authorized representative as indicated hereinafter:

__X_____The Contracting Officer's Representative (COR) will be designated by the Contracting Officer as the authorized representative of the Contracting Officer.  The COR is responsible for monitoring performance and the technical management of the effort required hereunder, and should be contacted regarding questions or problems of a technical nature.

___X____The designated Contract Specialist will be the Administrative Contracting Officer's representative on all other contract administrative matters.  The Contract Specialist should be contacted regarding all matters pertaining to the contract or task/delivery orders.

_____The designated Property Administrator is the Administrative Contracting Officer's representative on property matters.  The Property Administrator should be contacted regarding all matters pertaining to property administration.   (End of clause)

**5252.242-9305  Pre-Performance Conference.**

### PRE-PERFORMANCE CONFERENCE (JUL 1995 )

Within __15__ days of contract award, prior to commencement of the work, the Contractor will meet in conference with representatives of the Contracting Officer, at a time to be determined by the Contracting Officer, to discuss and develop mutual understanding relative to scheduling and administering work. (End of clause)

Section 00800 - Special Contract Requirements

<u>WD VA 170173 08/18/2017 VA173</u>
General Decision Number: VA170173 08/18/2017  VA173
Superseded General Decision Number: VA20160173
State: Virginia
Construction Type: Building
County: Prince William County in Virginia.
Includes the independent ciities of Manassas* and Manassas Park*

BUILDING CONSTRUCTION PROJECTS (does not include single family
homes or apartments up to and including 4 stories).

Note: Under Executive Order (EO) 13658, an hourly minimum wage
of $10.20 for calendar year 2017 applies to all contracts
subject to the Davis-Bacon Act for which the contract is
awarded (and any solicitation was issued) on or after January
1, 2015. If this contract is covered by the EO, the contractor
must pay all workers in any classification listed on this wage
determination at least $10.20 (or the applicable wage rate
listed on this wage determination, if it is higher) for all
hours spent performing on the contract in calendar year 2017.
The EO minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

| Modification Number | Publication Date |
|---|---|
| 0 | 01/06/2017 |
| 1 | 01/13/2017 |
| 2 | 04/07/2017 |
| 3 | 05/26/2017 |
| 4 | 07/21/2017 |
| 5 | 07/28/2017 |
| 6 | 08/18/2017 |

 ASBE0024-006 10/01/2016

                       Rates        Fringes

ASBESTOS WORKER/HEAT & FROST
INSULATOR - MECHANICAL (Duct,
Pipe & Mechanical System
Insulation).....................$ 35.03        15.32
----------------------------------------------------------------
 ASBE0024-009 10/01/2016

                       Rates        Fringes

FIRESTOPPER.....................$ 27.56        7.23

 Includes the application of materials or devices within or
 around penetrations and openings in all rated wall or floor
 assemblies, in order to prevent the pasage of fire, smoke
 of other gases. The application includes all components

involved in creating the rated barrier at perimeter slab
edges and exterior cavities, the head of gypsum board or
concrete walls, joints between rated wall or floor
components, sealing of penetrating items and blank openings.

----------------------------------------------------------------
BOIL0045-003 01/01/2017

                        Rates        Fringes

    BOILERMAKER......................$ 32.72      25.26
----------------------------------------------------------------
BRVA0001-008 04/30/2017

                        Rates        Fringes

    BRICKLAYER.......................$ 30.91      10.24
----------------------------------------------------------------
BRVA0001-009 04/30/2017

                        Rates        Fringes

    MASON - STONE....................$ 36.91      16.55
----------------------------------------------------------------
CARP0132-021 01/01/2016

                        Rates        Fringes

    CARPENTER (Includes
    Acoustical Ceiling
    Installation, Drywall Hanging
    and Form Work)...................$ 27.56       9.18
----------------------------------------------------------------
ELEC0026-003 06/05/2017

                        Rates        Fringes

    ELECTRICIAN (Includes Low
    Voltage Wiring and
    Installation of Alarms and
    Sound and Communication
    Systems)........................$ 44.65       16.74
----------------------------------------------------------------
IRON0005-010 06/01/2016

                        Rates        Fringes

    IRONWORKER, STRUCTURAL AND
    ORNAMENTAL.......................$ 30.85      19.435
----------------------------------------------------------------
PAIN0051-033 06/01/2017

                        Rates        Fringes

    PAINTER: Spray Only.............$ 25.06        9.66

----------------------------------------------------------------
PAIN0051-034 06/01/2017

               Rates     Fringes

GLAZIER.........................$ 25.74     11.55
----------------------------------------------------------------
PAIN0051-036 06/01/2017

               Rates     Fringes

DRYWALL FINISHER/TAPER...........$ 25.06     9.66
----------------------------------------------------------------
* PLUM0005-014 08/01/2017

               Rates     Fringes

PLUMBER.........................$ 41.67     17.60+a

 a.PAID HOLIDAYS: New Year's Day, Martin Luther King's
 Birthday, Memorial Day, Independence Day, Labor Day,
 Veterans' Day, Thanksgiving Day and the day after
 Thanksgiving and Christmas Day.

----------------------------------------------------------------
* PLUM0602-016 08/01/2017

               Rates     Fringes

PIPEFITTER (Includes HVAC
Pipe, Unit and Temperature
Controls Installations)..........$ 40.69     21.07+a

 a. PAID HOLIDAYS: New Year's Day, Martin Luther King's
 Birthday, Memorial Day, Independence Day, Labor Day,
 Veterans' Day, Thanksgiving Day and the day after
 Thanksgiving and Christmas Day.

----------------------------------------------------------------
SFVA0669-006 01/01/2017

               Rates     Fringes

SPRINKLER FITTER (Fire
Sprinklers).....................$ 33.40     19.52
----------------------------------------------------------------
SHEE0100-004 07/01/2016

               Rates     Fringes

SHEET METAL WORKER (Includes
HVAC Duct Installation)..........$ 40.27     17.24+a

 a. PAID HOLIDAYS: New Year's Day, Martin Luther King's
 Birthday, Memorial Day, Independence Day, Labor Day,

Veterans Day, Thanksgiving Day and Christmas Day

----------------------------------------------------------------
 SUVA2013-046 01/11/2016

              Rates      Fringes

BRICK POINTER/CAULKER/CLEANER....$ 19.68        0.00

CEMENT MASON/CONCRETE FINISHER...$ 21.94         3.36

FLOOR LAYER:  SOFT FLOORS........$ 18.75        0.00

IRONWORKER, REINFORCING..........$ 25.85        6.94

LABORER:  Common or General,
including brick mason tending
and cement mason tending.........$ 13.28        1.03

LABORER:  Pipelayer..............$ 16.81        4.26

OPERATOR:
Backhoe/Excavator/Trackhoe.......$ 23.50        4.50

OPERATOR:  Bobcat/Skid
Steer/Skid Loader................$ 18.95        4.03

OPERATOR:  Bulldozer.............$ 21.99        4.98

OPERATOR:  Crane.................$ 31.68        2.64

OPERATOR:  Forklift..............$ 21.56        7.57

OPERATOR:  Loader................$ 22.26        3.57

OPERATOR:  Roller................$ 16.25        4.88

PAINTER (Brush and Roller).......$ 18.92        0.00

ROOFER...........................$ 15.83        3.06

TILE FINISHER....................$ 23.40        0.00

TILE SETTER......................$ 27.80        10.25

TRUCK DRIVER:  Dump Truck........$ 19.22        2.58

WATERPROOFER.....................$ 21.75        1.57
----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.

================================================================

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave
for Federal Contractors applies to all contracts subject to the
Davis-Bacon Act for which the contract is awarded (and any
solicitation was issued) on or after January 1, 2017.  If this
contract is covered by the EO, the contractor must provide
employees with 1 hour of paid sick leave for every 30 hours
they work, up to 56 hours of paid sick leave each year.
Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including
preventive care; to assist a family member (or person who is
like family to the employee) who is ill, injured, or has other
health-related needs, including preventive care; or for reasons
resulting from, or to assist a family member (or person who is
like family to the employee) who is a victim of, domestic
violence, sexual assault, or stalking.  Additional information
on contractor requirements and worker protections under the EO
is available at www.dol.gov/whd/govcontracts.

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).


----------------------------------------------------------------


The body of each wage determination lists the classification
and wage rates that have been found to be prevailing for the
cited type(s) of construction in the area covered by the wage
determination. The classifications are listed in alphabetical
order of "identifiers" that indicate whether the particular
rate is a union rate (current union negotiated rate for local),
a survey rate (weighted average rate) or a union average rate
(weighted union average rate).

Union Rate Identifiers

A four letter classification abbreviation identifier enclosed
in dotted lines beginning with characters other than "SU" or
"UAVG" denotes that the union classification and rate were
prevailing for that classification in the survey. Example:
PLUM0198-005 07/01/2014. PLUM is an abbreviation identifier of
the union which prevailed in the survey for this
classification, which in this example would be Plumbers. 0198
indicates the local union number or district council number
where applicable, i.e., Plumbers Local 0198. The next number,
005 in the example, is an internal number used in processing
the wage determination. 07/01/2014 is the effective date of the
most current negotiated rate, which in this example is July 1,
2014.

Union prevailing wage rates are updated to reflect all rate
changes in the collective bargaining agreement (CBA) governing
this classification and rate.

Survey Rate Identifiers

Classifications listed under the "SU" identifier indicate that
no one rate prevailed for this classification in the survey and
the published rate is derived by computing a weighted average
rate based on all the rates reported in the survey for that
classification.  As this weighted average rate includes all
rates reported in the survey, it may include both union and
non-union rates. Example: SULA2012-007 5/13/2014. SU indicates
the rates are survey rates based on a weighted average
calculation of rates and are not majority rates. LA indicates
the State of Louisiana. 2012 is the year of survey on which
these classifications and rates are based. The next number, 007
in the example, is an internal number used in producing the
wage determination. 5/13/2014 indicates the survey completion
date for the classifications and rates under that identifier.

Survey wage rates are not updated and remain in effect until a
new survey is conducted.

Union Average Rate Identifiers

Classification(s) listed under the UAVG identifier indicate
that no single majority rate prevailed for those
classifications; however, 100% of the data reported for the
classifications was union data. EXAMPLE: UAVG-OH-0010
08/29/2014. UAVG indicates that the rate is a weighted union
average rate. OH indicates the state. The next number, 0010 in
the example, is an internal number used in producing the wage
determination. 08/29/2014 indicates the survey completion date
for the classifications and rates under that identifier.

A UAVG rate will be updated once a year, usually in January of
each year, to reflect a weighted average of the current
negotiated/CBA rate of the union locals from which the rate is
based.


----------------------------------------------------------------

                WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can
be:

*  an existing published wage determination
*  a survey underlying a wage determination
*  a Wage and Hour Division letter setting forth a position on
   a wage determination matter
*  a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour

Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations.  Write to:

> Branch of Construction Wage Determinations
> Wage and Hour Division
> U.S. Department of Labor
> 200 Constitution Avenue, N.W.
> Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

> Wage and Hour Administrator
> U.S. Department of Labor
> 200 Constitution Avenue, N.W.
> Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board).  Write to:

> Administrative Review Board
> U.S. Department of Labor
> 200 Constitution Avenue, N.W.
> Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

================================================================

> END OF GENERAL DECISION

## ACCOUNTING AND APPROPRIATION DATA

AA: 1740500 KB06 320 11405 0 068732 2A 8C0006

N4008018C0006

Page 48 of 48

COST CODE: AA00C0078818
AMOUNT: $46,630,000.00

| ACRN | CLIN/SLIN | CIN | AMOUNT |
|------|-----------|-----|--------|
| AA | 000101 | 00000000000000000000000000000000 | $46,630,000.00 |